# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-10675
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**FILED**
November 1, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jimmy Steele,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:08-CR-87-1

_____

Before Willett, Duncan, and Wilson, *Circuit Judges*.
Per Curiam:[*]

Jimmy Steele, federal prisoner #36989-177, appeals the denial of his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), and the denial of his motion for reconsideration. He argues that the district court abused its discretion by failing to consider the factors Steele argued weighed

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10675

in favor of a sentence reduction and failing to adequately explain its reason for denying Steele's motion.

We review each denial for abuse of discretion. *United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020); *United States v. Rabhan*, 540 F.3d 344, 346–47 (5th Cir. 2008). The district court's order demonstrates that it considered and rejected Steele's arguments. *See Concepcion v. United States*, 142 S. Ct. 2389, 2405 (2022); *United States v. Escajeda*, 58 F.4th 184, 188 (5th Cir. 2023); *United States v. Evans*, 587 F.3d 667, 673 (5th Cir. 2009). The district court's order states that it considered the motion, the record, and applicable authorities and concluded that the 18 U.S.C. § 3553(a) factors did not weigh in favor of relief. Steele "may disagree with how the district court balanced the § 3553(a) factors, [but] that is not a sufficient ground for reversal." *Chambliss*, 948 F.3d at 694.

Because the district court did not abuse its discretion in holding that relief was unwarranted under § 3553(a), we need not consider Steele's argument that the district court erred in finding that he failed to show extraordinary and compelling reasons warranting relief. *See United States v. Ward*, 11 F.4th 354, 360–61 (5th Cir. 2021); *Chambliss*, 948 F.3d at 693.

Further, Steele has not shown that the district court abused its discretion in denying his motion for reconsideration. *See Rabhan*, 540 F.3d at 346–47.

Accordingly, the judgment is AFFIRMED.